IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IVERY T. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 3:17-CV-1973-K |
| | § | |
| TEXAS BOARD OF PARDONS AND | § | |
| AND PAROLE and RISSIE OWENS, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. A Motion for Reconsideration Under Rule 59E With Objection to Magistrate Recommendation was filed by Plaintiff (*pro se*) on January 29, 2018 (Doc. No. 22). The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's Motion for Reconsideration Under Rule 59E With Objection to Magistrate Recommendation, is **DENIED** and the Objections are **OVERRULED.**

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss based on Rule 12(c) (Docs. 10 and 14) are GRANTED, and all claims against both defendants are hereby DISMISSED with prejudice.

SO ORDERED.

Signed February 13th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE